UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
YURI KRUMAN, on behalf of himself and all
others similarly situated,

                Plaintiff,        STIPULATION OF DISMISSAL

    -against-                              20-CV-00316

F.H. CANN & ASSOCIATES, INC.,

                Defendant(s).
---------------------------------------x

        WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

        WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

        IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against F.H. CANN & ASSOCIATES, INC., with prejudice and without costs to any party.

YURI KRUMAN                                    F.H. CANN & ASSOCIATES, INC.

_____                _____
ADAM J. FISHBEIN, ESQ.                  ARTHUR SANDERS, ESQ.
                                                  BARRON & NEWBURGER, P.C.
Attorney for plaintiff                    Attorneys for Defendant
735 Central Avenue                         30 South Main Street
Woodmere, NY  11598                    New City, NY 10956

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 9/16/2020

/s/ENV
_____
**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close this case.